WINSLOW & HURTUBISE
Gregory F. Winslow (100495)
Jerry A. Hurtubise (95180)
230 Noe Street
San Francisco, CA 94114
Telephone (415) 621-2131
e-mail: winhurt@pacbell.net

Attorneys for Plaintiff Ray M. Miles

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MICHAEL MILES,<br>        Plaintiff,<br>vs.<br>CITY AND COUNTY OF SAN FRANCISCO,<br>et al.,<br>        Defendants. | No. 4:08-cv-2736 |

**PLAINTIFF RAY MICHAEL MILES DEMAND FOR JURY TRIAL**

    Plaintiff, RAY MICHAEL MILES, hereby demands trial by jury on all issues, claims and causes of action in the above-captioned matter.

DATE:  June 5, 2008                                    Respectfully submitted,
                                                                      WINSLOW & HURTUBISE


                                                                      Gregory F. Winslow
                                                                      Attorney for Plaintiff
                                                                      230 Noe Street, San Francisco, CA 94114
                                                                      e-mail: winhurt@pacbell.net
                                                                      tel: (415) 621-2131

---

PLAINTIFF'S DEMAND FOR JURY TRIAL - No. 4:08-cv-2736

**MILES V. CCSF.ET AL.**

## PROOF OF SERVICE

I SUZANNE WOODS, declare as follows:

I am a permanent resident of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at The Law Offices of WINSLOW & HURTUBISE, 230 Noe Street, San Francisco, CA 94114.

On June 5, 2008, I served the attached:

**PLAINTIFF RAY MICHAEL MILES DEMAND FOR JURY TRIAL**

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

DENNIS J. HERRARA, ESQ.
JOANNE HOEPER, ESQ.
SCOTT D. WIENER, ESQ.
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA 94102-5408

Telephone:    (415) 554-4283
*Attorney for Defendant*

and served the named document in the manner indicated below:

[X]   **BY UNITED STATES MAIL.** Following ordinary business practices. I sealed true and correct copies of the above documents in addressed envelope(s) and deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed June 5, 2008, at San Francisco, California.

_____
SUZANNE WOODS

WINSLOW &
HURTUBISE
230 Noe St
San Francisco
CA 94114
415-621-2131