DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4283
Facsimile:     (415) 554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY M. MILES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MARIE KIM and DOES 1 TO 100, inclusive,<br><br>　　　　　Defendants. | Case No. CV-08-2736 CW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO EXEMPT CASE FROM GENERAL ORDER 56**<br><br>Date Action Filed:　　January 16, 2008<br>Trial Date:　　　　　None Set |

Defendant City and County of San Francisco has moved administratively to exempt this matter from General Order 56's requirements for cases arising under the Americans with Disabilities Act. The City contends that because Plaintiff does not allege a physical barrier to access, General Order 56 is inapplicable to the case.

Having reviewed the motion and considered the relevant authorities, the Court GRANTS the motion and VACATES its order requiring the parties to comply with General Order 56. The Court further VACATES the deadlines that it set relating to General Order 56's requirements.

All other pretrial deadlines, including all deadlines under Fed. R. Civ. P. 26, shall remain in place. Moreover the case management conference shall remain as previously scheduled.

Dated: _____          _____
                                HON. CLAUDIA WILKEN
                                UNITED STATES DISTRICT JUDGE