IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY M. MILES,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant.<br>_____/ | No. 08-02736 CW<br><br>ORDER DENYING AS MOOT ADMINISTRATIVE MOTION TO EXEMPT CASE FROM GENERAL ORDER NO. 56 |

    On June 20, 2008, Defendant filed an Administrative Motion to Exempt Case from General Order 56. Plaintiff filed an opposition to the motion. On June 2, 2008, the Clerk had already issued an Amended ADR Scheduling Order providing appropriate procedures for the case. Accordingly,

    IT IS HEREBY ORDERED that Defendant's Administrative Motion to Exempt Case from General Order 56 is denied as moot.

    7/2/08

Dated _____                      _____
                                                        CLAUDIA WILKEN
                                                        United States District Judge