AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

[ Clear Form ]

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

Ray M. Miles

           Plaintiff

v.

City and County of San Francisco, Marie Kim and
Does 1 to 100 inclusive

           Defendant

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  C 08-02736 CW

**Summons in a Civil Action**

To:  Marie Kim

          *(Defendant's name)*

A lawsuit has been filed against you.

     Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

WINSLOW & HURTUBISE
Gregory F. Winslow (100495)
230 Noe Street
San Francisco, CA 94114
Telephone (415) 621-2131

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                  Richard W. Wieking
                                  Name of clerk of court

Date:  **JUL 2 4 2008**
                                    **CLARA PIERCE**
                                  Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*