DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4283
Facsimile:    (415) 554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RAY M. MILES,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MARIE KIM and DOES 1 TO 100, inclusive,<br><br>　　　　　Defendants. | Case No. CV-08-2736 CW<br><br>**STIPULATION RE ADR**<br><br>Date Action Filed:　January 16, 2008<br>Trial Date:　　　　　None Set |
|---|---|

The parties stipulate to court-ordered mediation by a mediator to be appointed by the Court.

Dated: August 26, 2008

          DENNIS J. HERRERA
          City Attorney
          JOANNE HOEPER
          Chief Trial Deputy
          SCOTT D. WIENER
          Deputy City Attorney

              -/s/-   *Scott D. Wiener*
By: _____
    SCOTT D. WIENER
    Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO

Dated: August 26, 2008

          WINSLOW & HURTUBISE

              -/s/-   *Gregory F. Winslow*
By: _____
    GREGORY F. WINSLOW
    Attorneys for Plaintiff RAY MILES