1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  1390 Market Street, 7th Floor
   San Francisco, California 94102-5408
5  Telephone:    (415) 554-4283
   Facsimile:    (415) 554-3837
6
   Attorneys for Defendant
7  CITY AND COUNTY OF SAN FRANCISCO

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

| RAY M. MILES, | Case No. CV-08-2736 CW |
|---|---|
| Plaintiff, | **STIPULATION RE ADR** |
| vs. | Date Action Filed: January 16, 2008 |
| CITY AND COUNTY OF SAN FRANCISCO, MARIE KIM and DOES 1 TO 100, inclusive, | Trial Date: None Set |
| Defendants. | |

The parties stipulate to court-ordered mediation by a mediator to be appointed by the Court.

Dated: August 26, 2008

                DENNIS J. HERRERA
                City Attorney
                JOANNE HOEPER
                Chief Trial Deputy
                SCOTT D. WIENER
                Deputy City Attorney

                        -/s/-   *Scott D. Wiener*
By:_____
                SCOTT D. WIENER
                Attorneys for Defendant
                CITY AND COUNTY OF SAN FRANCISCO

Dated: August 26, 2008

                WINSLOW & HURTUBISE

                        -/s/-   *Gregory F. Winslow*
By:_____
                GREGORY F. WINSLOW
                Attorneys for Plaintiff RAY MILES

**Mediation to be held within 90 days**.

IT IS SO ORDERED AS MODIFIED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION RE ADR;
Miles v. CCSF, et al.
2
c:\documents and settings\workstation\local settings\temp\notes95ec0b\00505292.doc