1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   JOANNE HOEPER, State Bar #114961
    Chief Trial Deputy
3   SCOTT D. WIENER, State Bar #189266
    Deputy City Attorney
4   1390 Market Street, 7th Floor
    San Francisco, California 94102-5408
5   Telephone:    (415) 554-4283
    Facsimile:    (415) 554-3837
6
7   Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO
    AND KIMBERLY MARIE MOLINA
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11  RAY M. MILES,                          Case No. CV-08-2736 CW

12              Plaintiff,                 **STIPULATION AND [PROPOSED]
                                           ORDER RE SERVICE AND ANSWER
13        vs.                              OF DEFENDANT KIMBERLY MARIE
                                           MOLINA (ERRONEOUSLY NAMED
14  CITY AND COUNTY OF SAN                 HEREIN AS MARIE KIM)**
    FRANCISCO, MARIE KIM and DOES 1
15  TO 100, inclusive,                     Date Action Filed:    January 16, 2008
                                           Trial Date:           None Set
16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER;            1              n:\lit\li2008\081256\00506589.doc
Miles v. CCSF, et al.

The parties hereby agree and stipulate as follows:

1.    Defendant Kimberly Marie Molina (erroneously sued herein as Marie Kim) is deemed to have been personally served with summons and complaint.

2.    The answer (including without limitation the denial, affirmative defenses, and prayer for relief) filed in Superior Court by the City and County of San Francisco shall also be deemed to be the answer of Defendant Kimberly Marie Molina.  Defendant Kimberly Marie Molina therefore will not need to file an answer in addition to the City's answer filed in Superior Court.

Dated:  September 2, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
Deputy City Attorney


-/s/-    *Scott D. Wiener*
By:_____
SCOTT D. WIENER
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO AND
KIMBERLY MARIE MOLINA


Dated:  September 2, 2008

WINSLOW & HURTUBISE


-/s/-    *Gregory F. Winslow*
By:_____
GREGORY F. WINSLOW
Attorneys for Plaintiff RAY MILES


SO ORDERED.


_____          _____
HON. CLAUDIA WILKEN                                          DATE
UNITED STATES DISTRICT JUDGE

The parties hereby agree and stipulate as follows:

1.      Defendant Kimberly Marie Molina (erroneously sued herein as Marie Kim) is deemed to have been personally served with summons and complaint.

2.      The answer (including without limitation the denial, affirmative defenses, and prayer for relief) filed in Superior Court by the City and County of San Francisco shall also be deemed to be the answer of Defendant Kimberly Marie Molina.  Defendant Kimberly Marie Molina therefore will not need to file an answer in addition to the City's answer filed in Superior Court.

Dated:  September 4, 2008

> DENNIS J. HERRERA
> City Attorney
> JOANNE HOEPER
> Chief Trial Deputy
> SCOTT D. WIENER
> Deputy City Attorney
>
> By:_____
> SCOTT D. WIENER
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO AND
> KIMBERLY MARIE MOLINA

Dated:  September 2, 2008

> WINSLOW & HURTUBISE
>
> -/s/-   *Gregory F. Winslow*
> By:_____
> GREGORY F. WINSLOW
> Attorneys for Plaintiff RAY MILES

SO ORDERED.

_____         _____
HON. CLAUDIA WILKEN                     DATE
UNITED STATES DISTRICT JUDGE

1    The parties hereby agree and stipulate as follows:

2        1.    Defendant Kimberly Marie Molina (erroneously sued herein as Marie Kim) is

3    deemed to have been personally served with summons and complaint.

4        2.    The answer (including without limitation the denial, affirmative defenses, and prayer

5    for relief) filed in Superior Court by the City and County of San Francisco shall also be deemed to

6    be the answer of Defendant Kimberly Marie Molina.  Defendant Kimberly Marie Molina therefore

7    will not need to file an answer in addition to the City's answer filed in Superior Court.

8    Dated:  September 2, 2008

9                                        DENNIS J. HERRERA

10                                       City Attorney
                                         JOANNE HOEPER

11                                       Chief Trial Deputy
                                         SCOTT D. WIENER

12                                       Deputy City Attorney

13
                                             -/s/    Scott D. Wiener

14                                   By:_____

15                                       SCOTT D. WIENER
                                         Attorneys for Defendants

16                                       CITY AND COUNTY OF SAN FRANCISCO AND
                                         KIMBERLY MARIE MOLINA

17

18    Dated:  September 2, 2008

19                                        WINSLOW & HURTUBISE

20                                           -/s/    Gregory F. Winslow

21                                   By:_____
                                         GREGORY F. WINSLOW

22                                       Attorneys for Plaintiff RAY MILES

23

24    SO ORDERED.

25

26

27
      _____        _____
28    HON. CLAUDIA WILKEN                       DATE
      UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER;          2        o:\documents and settings\user\my documents\00506589.doc
Miles v. CCSF, et al.