1    DENNIS J. HERRERA, State Bar #139669
     City Attorney
2    JOANNE HOEPER, State Bar #114961
     Chief Trial Deputy
3    SCOTT D. WIENER, State Bar #189266
     Deputy City Attorney
4    1390 Market Street, 7th Floor
     San Francisco, California 94102-5408
5    Telephone:    (415) 554-4283
     Facsimile:     (415) 554-3837
6

7    Attorneys for Defendants
     CITY AND COUNTY OF SAN FRANCISCO
     AND KIMBERLY MARIE MOLINA
8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11   RAY M. MILES, | Case No. CV-08-2736 CW |
| 12          Plaintiff, | **STIPULATION AND ORDER RE SERVICE AND ANSWER OF** |
| 13      vs. | **DEFENDANT KIMBERLY MARIE MOLINA (ERRONEOUSLY NAMED** |
| 14   CITY AND COUNTY OF SAN FRANCISCO, MARIE KIM and DOES 1 | **HEREIN AS MARIE KIM)** |
| 15   TO 100, inclusive, | Date Action Filed:    January 16, 2008<br>Trial Date:          None Set |
| 16          Defendants. | |

17

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION AND PROPOSED ORDER;        1        c:\documents and settings\workstation\local
Miles v. CCSF, et al.                                   settings\temp\notes95ec0b\00506589.doc

1      The parties hereby agree and stipulate as follows:

2      1.      Defendant Kimberly Marie Molina (erroneously sued herein as Marie Kim) is

3   deemed to have been personally served with summons and complaint.

4      2.      The answer (including without limitation the denial, affirmative defenses, and prayer

5   for relief) filed in Superior Court by the City and County of San Francisco shall also be deemed to

6   be the answer of Defendant Kimberly Marie Molina.  Defendant Kimberly Marie Molina therefore

7   will not need to file an answer in addition to the City's answer filed in Superior Court.

8   Dated:  September 2, 2008

9                                               DENNIS J. HERRERA
                                                City Attorney
10                                              JOANNE HOEPER
                                                Chief Trial Deputy
11                                              SCOTT D. WIENER
                                                Deputy City Attorney
12

13
                                                  -/s/-    *Scott D. Wiener*
14                                        By:_____
                                                SCOTT D. WIENER
15                                              Attorneys for Defendants
                                                CITY AND COUNTY OF SAN FRANCISCO AND
16                                              KIMBERLY MARIE MOLINA

17

18  Dated:  September 2, 2008

19                                              WINSLOW & HURTUBISE

20
                                                  -/s/-    *Gregory F. Winslow*
21                                        By:_____
                                                GREGORY F. WINSLOW
22                                              Attorneys for Plaintiff RAY MILES

23

24  SO ORDERED.

25

26                                                          9/11/08

27  _____          _____
    HON. CLAUDIA WILKEN                                     DATE
28  UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER;              2              c:\documents and settings\workstation\local
Miles v. CCSF, et al.                                       settings\temp\notes95ec0b\00506589.doc