1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  JOSHUA S. WHITE, State Bar #237223
   Deputy City Attorney
4  1390 Market Street, 7th Floor
   San Francisco, California 94102-5408
5  Telephone:    (415) 554-4259
   Facsimile:    (415) 554-3837
6
   Attorneys for Defendants
7  CITY AND COUNTY OF SAN FRANCISCO
   AND KIMBERLY MARIE MOLINA
8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY M. MILES,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MARIE KIM and DOES 1 TO 100, inclusive,<br><br>    Defendants. | Case No. CV-08-2736 CW<br><br>**STIPULATION AND ORDER REGARDING MEDIATION DEADLINE**<br><br>Date Action Filed:   January 16, 2008<br>Trial Date:          None Set |

STIPULATION AND PROPOSED ORDER
Miles v. CCSF, et al.                     1            c:\documents and settings\workstation\local
                                                       settings\temp\notes95ec0b\00520724.doc

1  Mediation in this case was previously set for November 19, 2008.  The parties will not have
2  completed the depositions of either the plaintiff or defendant Kimberly Molina, the coach driver.
3  The parties believe that mediation will be unproductive without completing this initial phase of
4  discovery.  The parties have re-scheduled the mediation for January 6, 2009.
5  THE PARTIES HEREBY AGREE AND STIPULATE, subject to approval by the Court, that
6  the case management schedule be modified such that the deadline to mediate be extended to January
7  6, 2009.

Dated:  November 14, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
JOSHUA S. WHITE
Deputy City Attorney


By:/s/_____
JOSHUA S. WHITE
Attorneys for Defendants


Dated:  November 14, 2008

LAW OFFICES OF WINSLOW & HURTUBISE


By:/s/_____
GREGORY F. WINSLOW
Attorneys for Plaintiff Ray Miles

ORDER

Based on the parties' stipulation, the Court hereby orders that the deadline to complete mediation be extended to January 6, 2009.

SO ORDERED.

*[signature]*                                             11/17/08
_____       _____
Hon. Claudia Wilken                                     Date
United States District Judge