1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | JOSHUA S. WHITE, State Bar #237223
Deputy City Attorney
4 | 1390 Market Street, 7th Floor
San Francisco, California 94102-5408
5 | Telephone:    (415) 554-4259
Facsimile:     (415) 554-3837
6

Attorneys for Defendants
7 | CITY AND COUNTY OF SAN FRANCISCO
AND KIMBERLY MARIE MOLINA
8

9 |                        UNITED STATES DISTRICT COURT

10 |                      NORTHERN DISTRICT OF CALIFORNIA

11 | RAY M. MILES,                              | Case No. CV-08-2736 CW

12 |            Plaintiff,                      | **STIPULATION AND [PROPOSED]**
                                                 **ORDER REGARDING DISMISSAL OF**
13 |       vs.                                  | **ENTIRE ACTION WITH PREJUDICE**

14 | CITY AND COUNTY OF SAN                     | Date Action Filed:   January 16, 2008
FRANCISCO, MARIE KIM and DOES 1                 | Trial Date:          None Set
15 | TO 100, inclusive,

16 |            Defendants.

---

STIPULATION AND PROPOSED ORDER         1                n:\lit\li2008\081256\00531179.doc
Miles v. CCSF, et al.

Settlement in this case has been finalized. The parties hereby agree and stipulate to dismiss the entire action with prejudice. Each party will bear its own attorneys' fees and costs.

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
JOSHUA S. WHITE
Deputy City Attorney


By:/s/_____
JOSHUA S. WHITE
Attorneys for Defendants


Dated: January 9, 2009

LAW OFFICES OF WINSLOW & HURTUBISE


By:/s/_____
GREGORY F. WINSLOW
Attorneys for Plaintiff Ray Miles

Dated: January 9, 2009


## ORDER

Pursuant to the parties' stipulation, the entirety of this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

_____          1/14/09
Hon. Claudia Wilken                         Date
United States District Judge